AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

District of _____

FILED
2008 MAR -6 PM 2:32

SOUTHERN DISTRICT OF CALIFORNIA

YMK

_____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Motorola i835 Cellular telephone,
Serial number 384VGACJWR

**SEARCH WARRANT**

Case Number: '08 MJ 0613

TO: _____Daniel Moreira_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____Daniel Moreira_____ who has reason to believe
                                                    Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

Motorola i835 Cellular telephone,
Serial number 384VGACJWR

in the ____Southern____ District of ____California____ there is now
concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT A

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ____3-10-08____
                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

____NITA L Stormes____ as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

____2-29-08____ at ____San Diego CA____
Date and Time Issued          City and State

**NITA L. STORMES**
Name and Title of Judge  **U.S. MAGISTRATE JUDGE**   Signature of Judge

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| **RETURN** | **Case Number:** | |
|---|---|---|
| DATE WARRANT RECEIVED<br>02-29-08 | DATE AND TIME WARRANT EXECUTED<br>03-06-08  1200 hrs. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF<br>BPA Jazmin Castillo | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 Motorola i835 Cellular telephone, serial number: 384VGACJWR

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____     3-6-08
Signature of Judge                                    Date